IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02382-RPM

JOAN CORBETT,

 Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,

 Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

 Pursuant to D.C.COLO.LCivR 16, it is

 ORDERED that a scheduling conference will be held on **January 5, 2011, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 29, 2010.**

 The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

 Dated: November 12th, 2010

         BY THE COURT:

         s/Richard P. Matsch

         _____
         Richard P. Matsch, Senior District Judge