IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-02382-RPM-MEH

JOAN CORBETT,

      Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,

      Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR AMENDMENT OF SCHEDULING ORDER**
_____

Upon review of the Unopposed Motion for Amendment of Scheduling Order [11] filed April 5, 2011, by Defendant, Correctional Healthcare Management, Inc. ("CHM"), it is

ORDERED that the motion is granted and the deadlines set forth in the Scheduling Order are hereby amended as follows:

    a. Expert designations are due May 6, 2011;

    b. Contradicting expert designations due June 6, 2011;

    c. Rebuttal experts reports due July 3, 2011; and

    d. The discovery cutoff with respect to expert depositions only is hereby extended to August 1, 2011.

    DATED: April 6, 2011

                      BY THE COURT:

\                     s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior Judge