IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02382-RPM

JOAN CORBETT,

     Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,

     Defendant.

## STAY ORDER

Pursuant to the Joint Motion to Stay Case [15] filed today, it is

ORDERED that the motion is granted. The parties shall file a status report with the Court on or before September 12, 2011.

Dated:    June 14th, 2011

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge