IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02382-RPM

JOAN CORBETT,

     Plaintiff,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,

     Defendant.

---

ORDER FOR DISMISSAL

---

     Pursuant to the Stipulated Motion to Dismiss with Prejudice [17] filed September 7, 2011, it is

     ORDERED that this action is dismissed with prejudice, each party to bear their attorney's fees and costs.

     Dated:    September 8th, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge